Mary Shea Hagebols (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street Suite 800
Oakland, CA 94612
TEL: 510-208-4422
FAX: 415-520-9407
SHEALAW@AOL.COM

Attorney for Plaintiff JANE PEREZ

MICHAEL J. SEXTON, Bar No. 153435
E-Mail: mjs@paynefears.com
JOHN T. EGLEY, Bar No. 232545
E-Mail: jte@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants
HOME DEPOT U.S.A., INC., ANGELA BASHER, and
MICHAEL REILAND

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; ANGELA BASHER, an individual; MICHAEL REILAND, an individual; and Does 1 through 20,<br><br>Defendants. | CASE NO. C 08-05670 JSW<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL, WITH PREJUDICE, OF THE SEVENTH CAUSE OF ACTION (VIOLATION OF FMLA) AND FOR REMAND TO STATE COURT**<br><br>Date Filed:     October 14, 2008 |

STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF SEVENTH CAUSE OF
ACTION (VIOLATION OF FMLA) WITH PREJUDICE AND FOR REMAND TO STATE COURT
CASE NO. C 08-05670 JSW

- 1 -

## STIPULATION

On October 14, 2008, Plaintiff filed this action in the Contra Costa County Superior Court, Civil Action No C08-02592 (hereinafter "State Lawsuit"). The Seventh Cause of Action in the State Lawsuit was for violation of the federal Family Medical Leave Act of 1993 (hereinafter "FMLA"), 29 USC § 2601 *et seq*.

Subsequent to being served with the State Lawsuit, Defendant HOME DEPOT U.S.A., INC., (hereinafter "Home Depot") removed the State Lawsuit to federal court on the grounds that this Court had federal question jurisdiction over the action because Plantiff asserted a claim under federal law by the Seventh Cause of action.

Plaintiff hereby agrees to voluntarily dismiss the Seventh Cause of Action (Violation of FMLA) in the Complaint, with prejudice. Each side to bear their own fees and costs to achieve said dismissal.

Upon dismissal of the Seventh Cause of Action (Violation of FMLA), there is no longer a federal claim asserted and, accordingly, the matter may be remanded back to the Contra Costa Superior Court.

The Parties, by and through their counsel, further agree that the discovery in progress will remain on track, including responding to Defendants' Request for Production (Set One) and the deposition of Plaintiff Jane Perez set for March 16, 2008. Further, the parties have and/or are planning to exchange information pursuant to FRCP Rule 26.

**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF SEVENTH CAUSE OF ACTION (VIOLATION OF FMLA) WITH PREJUDICE AND FOR REMAND TO STATE COURT**
CASE NO. C 08-05670 JSW

IT IS SO STIPULATED:

DATED: Friday, March 06, 2009

SHEA LAW OFFICES

By: _____
Mary Shea Hagebols
Attorney for Plaintiff Jane Perez

DATED: March 6, 2009

PAYNE & FEARS LLP

By: _____
John T. Egley

Attorneys for Defendants
HOME DEPOT U.S.A., INC., ANGELA BASHER, and MICHAEL REILAND

March 16, 2009

IT IS SO ORDERED

Judge Jeffrey S. White

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF SEVENTH CAUSE OF ACTION (VIOLATION OF FMLA) WITH PREJUDICE AND FOR REMAND TO STATE COURT**
CASE NO. C 08-05670 JSW

- 3 -